STATE OF NEW JERSEY v. BETTY BROWN.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PAYTON TAYLOR.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. PAYTON TAYLOR.

May 5, 1980.

Petition for certification denied.